**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,    )<br>             Plaintiff,         )<br>                                )<br>       v.                      )<br>                                )<br> Abdirizak Abdullahi Adamdhuuh, )<br>                                )<br>             Defendant.         )<br> _____) | CR 05-0919-001-PHX-DGC<br><br>**DETENTION ORDER** |

    On April 12, 2006, defendant Abdirizak Abdullahi Adamdhuuh appeared before this Court on a petition to revoke conditions of pretrial release. The Defendant submitted the issue and did not contest revocation of his pretrial release status. The petition alleged a violation of federal law while on pretrial release and the Grand Jury for this District has returned a superceding indictment alleging this same conduct. The Court therefore finds probable cause has been established that Defendant committed a federal felony while on pretrial release.

    The Court further finds that the Defendant has not rebutted the presumption established by 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

. . .

. . .

1  IT IS THEREFORE ORDERED that Defendant's pretrial release is REVOKED
2  and that he be detained pending further proceedings.
3  DATED this 13th day of April, 2006.

David K. Duncan
United States Magistrate Judge