```
                            X  FILED      ___ LODGED
                            ___ RECEIVED  ___ COPY

                               DEC 1 0 2008

                            CLERK U S DISTRICT COURT
                              DISTRICT OF ARIZONA
                            BY_____ DEPUTY
```

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR-05-919-001-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Abdirizak Abdullahi Adamdhuh, | ) | **ORDER** |
| Defendant. | ) | |

A detention hearing on the Petition on Supervised Release was held on December 10, 2008.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 10th day of December, 2008.

Lawrence O. Anderson
United States Magistrate Judge